UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRECT RADIOLOGY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>RADIANT MEDICAL IMAGING, LLC, et al.,<br><br>        Defendants. | C17-67 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion, docket no. 21, to vacate the Orders entering default against them, is GRANTED.[1] The two Orders dated May 2, 2017, and the Order dated May 26, 2017, docket nos. 16, 17, and 20, are VACATED. Defendants shall file their responsive pleadings or motions within fourteen (14) days of the date of this Minute Order.

(2) Plaintiff's motion for default judgment, docket no. 24, or in the alternative summary judgment, is STRICKEN as moot as to default judgment and DENIED without prejudice as to summary judgment.

(3) The parties shall conduct the requisite conference pursuant to Federal Rule of Civil Procedure 26(f) and file a Joint Status Report in the form described in the Order

---

[1] Defendants' request, docket no. 27, that plaintiff's response, docket no. 23, be rejected as untimely filed is DENIED. The Court sua sponte GRANTS plaintiff an extension of time, and has considered plaintiff's response. The Court, however, DECLINES plaintiff's request to impose as a condition of vacating the default orders that defendants pay plaintiff's attorney's fees.

MINUTE ORDER - 1

entered January 30, 2017, docket no. 8, on or before September 1, 2017.  The parties shall also exchange initial disclosures as required in Federal Rule of Civil Procedure 26(a)(1) by September 1, 2017.

     (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of July, 2017.

          William M. McCool
          Clerk

          s/Karen Dews
          Deputy Clerk

MINUTE ORDER - 2