UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIRECT RADIOLOGY, LLC,

    Plaintiff,

v.

RADIANT MEDICAL IMAGING, LLC; MARQUIS DIAGNOSTIC IMAGING OF ARIZONA, LLC; and DVR ACQUISITION, LLC,

    Defendants.

C17-67 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Notice of Bankruptcy, docket no. 36, and exhibits attached thereto, filed on February 26, 2018, the Court hereby STAYS this case pending further order pursuant to 11 U.S.C. § 362.

(2) The parties shall file a Joint Status Report within fourteen (14) days of the conclusion of bankruptcy proceedings or by December 31, 2018, whichever occurs earlier.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2018.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1