UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIRECT RADIOLOGY, LLC,

    Plaintiff,

v.

RADIANT MEDICAL IMAGING, LLC, et al.

    Defendants.

C17-67 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered March 2, 2018, the Court stayed this action pursuant to 11 U.S.C. § 362 and directed the parties to file a Joint Status Report by December 31, 2018, at the latest. No Joint Status Report was timely filed. Having reviewed the dockets in defendants' bankruptcy proceedings, reflecting that plaintiff has filed proofs of claim, albeit under seal as authorized by the Bankruptcy Court for the Northern District of Georgia, the Court hereby EXTENDS the deadline for a Joint Status Report to July 1, 2019, or fourteen (14) days after the conclusion of bankruptcy proceedings, whichever occurs earlier. Failure to timely submit the required Joint Status Report will constitute grounds for dismissal of this case without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of January, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1