UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRECT RADIOLOGY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RADIANT MEDICAL IMAGING, LLC; MARQUIS DIAGNOSTIC IMAGING OF ARIZONA, LLC; and DVR ACQUISITION, LLC,<br><br>    Defendants. | C17-67 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By Minute Order entered March 2, 2018, docket no. 37, the Court stayed this action pursuant to 11 U.S.C. § 362 and directed the parties to file a Joint Status Report by December 31, 2018, at the latest. No Joint Status Report was timely filed. By Minute Order entered January 9, 2019, docket no. 38, the Court extended the deadline for a Joint Status Report to July 1, 2019, at the latest. Again, no Joint Status Report was timely filed. Plaintiff is hereby DIRECTED to show cause by August 16, 2019, why this matter should not be dismissed without prejudice for failure to submit the requisite Joint Status Report.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of July, 2019.

                                          William M. McCool
                                          Clerk

                                          s/Karen Dews
                                          Deputy Clerk

MINUTE ORDER - 1