UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIRECT RADIOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> RADIANT MEDICAL IMAGING, LLC; MARQUIS DIAGNOSTIC IMAGING OF ARIZONA, LLC; and DVR ACQUISITION, LLC, <br><br> Defendants. | C17-67 TSZ <br><br> ORDER |

By Minute Order dated July 29, 2019, docket no. 39, the Court directed plaintiff to show cause why this action should not be dismissed for failing to comply with the Minute Order entered March 2, 2018, docket no. 37, requiring a Joint Status Report. Having received no response to the "show cause" Minute Order, and no Joint Status Report having been timely filed, this action is hereby DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(b); *see also Wallace v. Hinton*, 2000 WL 1728285 (9th Cir. Nov. 20, 2000) (affirming dismissal without prejudice for failure to timely file a joint status report (citing *Malone v. U.S. Postal Serv.*, 833 F.2d 128, 132 (9th Cir. 1987))).

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 26th day of August, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1